PD-1216-15

FILED
SEP 22 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

16·15

TO WHOM IT MAY CONCERN,

I RECENTLY MAILED THIS ENCLOSED MOTION WITH THE ADDRESS PROVIDED BY THE McCONNELL UNIT LAW LIBRARY. ENCLOSED YOU WILL FIND SAME MOTION THAT WAS HONESTLY SENT TO THE WRONG COURT, SENT ON AUGUST 31 AND RECIEVED SEPT. 2 2015. UPON RECIEVING THE MOTION ON SEPTEMBER 15, 2015 I WAS GIVEN THE CORRECT ADDRESS AND I WILL BE MAILING IT OUT THIS 16 TH DAY OF SEPTEMBER, 2015. THANK YOU FOR YOUR TIME IN THE SERIOUS MATTER.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 02 2015
Abel Acosta, Clerk

RESPECTFULLY SUBMITTED,

*Daniel Medrano*

APPELLANT PRO-SE

DANIEL MEDRANO 1884378
WILLIAM G. McCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE, TEXAS 78102

FILED IN
COURT OF CRIMINAL APPEALS
OCT 02 2015
Abel Acosta, Clerk

CAUSE NO. 07-13-00292-CR

DANIEL MEDRANO

V.

STATE OF TEXAS

IN THE COURT

CRIMINAL APPEALS

AUSTIN, TEXAS

FILED
SEP 22 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015
Abel Acosta, Clerk

MOTION FOR SUSPENSION OF RULES

TO HONORABLE JUDGE OF SAID COURT:

COMES NOW DANIEL MEDRANO, APPELLANT PRO SE, UNDER PROTECTION OF HAINES V. KERNER, 404 U.S. 520 (1972), PER LIBERAL CONSTRUCTION/APPLICATION TO PRO SE LITIGANTS AND RESPECTFULLY MOVES THIS HONORABLE COURT TO ACKNOWLEDGE RULE II OF THE TEXAS RULES OF APPELLATE PROCEDURE AND USE ITS AUTHORITY UNDER THIS PROVISION TO SUSPEND IN THIS MATTER OPERATION OF TEX. R. APP. PROC. 9.3(b) AND 9.5 IN SUPPORT OF THIS MOTION. DANIEL MEDRANO WOULD SHOW THE FOLLOWING:

I

APPELLANT AS A TEXAS PRISONER, DOES NOT HAVE ACCESS TO A COMPUTER OR A COPIER TO MAKE THE REQUIRED COPIES TO ALL PARTIES INVOLVED.

PRAYER

APPELLANT PRAYS THE HONORABLE JUDGE GRANT THIS MOTION AND ORDER THE CLERK TO MAKE PROPER COPIES AND DISTRIBUTE SAID COPIES TO ALL PARTIES INVOLVED.

RESPECTFULLY SUBMITTED,

Daniel Medrano  8-31-15

DANIEL MEDRANO # 1884378
McCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE, TX. 78102
APPELLANT PRO-SE

UNSWORN DECLARATION

I, DANIEL MEDRANO, BEING PRESENTLY INCARCERATED AT THE WILLIAM G. McCONNELL UNIT, TDCJ-CID, LOCATED IN BEE COUNTY, TEXAS, DO HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 31ST DAY OF AUGUST, 2015.

*Daniel Medrano*

DANIEL MEDRANO

TDCJ NO. 1884378